

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CASTRO, | No. C 11-02080 JW (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| ROBERT BOWMAN, et al., | |
| Defendants. | |

On April 26, 2011, Plaintiff, at the time a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed *in forma pauperis* ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. More than thirty days have passed, and Plaintiff has neither paid the filing fee nor filed an IFP application. However, on June 15, 2011 and June 30, 2011, Plaintiff submitted letters to the court setting forth his efforts to submit his IFP application and asking for a file-stamped copy of the IFP application. The court has

not received a completed IFP application from Plaintiff. Plaintiff will be provided a final opportunity to file an IFP application within thirty days of this order. No further extensions of time will be granted. Prison officials are requested to assist Plaintiff in completing and filing his IFP application.

IT IS SO ORDERED.

DATED: July 14, 2011

JAMES WARE
United States District Chief Judge

Order Extending Time to File In Forma Pauperis Application
G:\PRO-SE\SJ.JW\CR.11\02080Castro_ifp-ext2.wpd            2